No. 23, Misc.   GREENWOOD *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari granted.   Petitioner *pro se.  Solicitor General Sobeloff, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 61.   SEELEY TUBE & BOX CO. *v.* UNITED STATES. C. A. 3d Cir.   Certiorari denied.   *Walter J. Bilder* for petitioner.   *Solicitor General Sobeloff, Assistant Attorney General Burger* and *Melvin Richter* for the United States.

No. 65.   UNITED STATES *v.* PUTTY.   C. A. 9th Cir. Certiorari denied.   *Solicitor General Sobeloff* for the United States.   *Thomas M. Jenkins* for respondent.

No. 67.   BELLAH *v.* WHITTLESEY.   District Court of Appeal of California, Second Appellate District.   Certiorari denied.   *Harry Graham Balter* for petitioner. *Joseph P. Loeb* for respondent.

No. 68.   GREAT LAKES STEEL CORP. *v.* UNITED STATES ET AL.   C. A. 6th Cir.   Certiorari denied.   *Sherwin A. Hill, Edward T. Goodrich, James McEvoy, Jr.* and *Harry D. Fenske* for petitioner.   *Samuel R. Howell* for the Interstate Commerce Commission, and *Willis T. Pierson* and *Frank H. Cole, Jr.* for the Baltimore & Ohio Railroad Co. et al., respondents.

No. 69.   ORTON *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.   *Virgil H. Goode* for petitioner.   *Solicitor General Sobeloff, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.